KASOWITZ BENSON TORRES LLP
Jason S. Takenouchi (SBN 234835)
JTakenouchi@kasowitz.com
Andrew R.J. Muir (SBN 284817)
AMuir@kasowitz.com
101 California Street, Suite 3000
San Francisco, California  94111
Telephone:    (415) 421-6140
Facsimile:    (415) 398-5030

Attorneys for Creditor
ITRIA VENTURES LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In Re:<br><br>JONATHAN ELI HERRICK,<br><br>            Debtor. | Bankruptcy Case No.: 9:20-bk-10197-MB<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR CREDITOR ITRIA VENTURES LLC AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that attorney Jason S. Takenouchi of the law firm of Kasowitz Benson Torres LLP hereby appears under Fed. R. Bankr. P. 9010 for Creditor Itria Ventures LLC and requests that all required notices be directed to:

> Jason S. Takenouchi
> Kasowitz Benson Torres LLP
> 101 California Street, Suite 3000
> San Francisco, CA  94111
> Email: JTakenouchi@kasowitz.com

Dated: June 12, 2020                                            KASOWITZ BENSON TORRES LLP

                                                                       */s/ Jason S. Takenouchi*
                                                                       Jason S. Takenouchi
                                                                       Attorneys for Creditor
                                                                       ITRIA VENTURES LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of June, 2020, interested parties who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Jason S. Takenouchi*

Jason S. Takenouchi

KASOWITZ BENSON
TORRES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No.: 9:20-bk-10197-MB
NOTICE OF APPEARANCE OF COUNSEL FOR CREDITOR ITRIA VENTURES LLC